UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT LEE CHILDRESS, JR.,

    Petitioner,                                            Case No. 1:13-cv-41

v                                                       HON. JANET T. NEFF

SHIRLEE HARRY,

    Respondent.
_____/

## FINAL ORDER

In accordance with the Opinion entered this date:

**IT IS HEREBY ORDERED** that the Objections (Dkt 9) are DENIED and the Report and Recommendation of the Magistrate Judge (Dkt 8) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the petition for habeas corpus relief (Dkt 1) is DENIED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) is DENIED as to each issue asserted.


Date: June 24, 2013                                      /s/ Janet T. Neff
                                                                 JANET T. NEFF
                                                                 United States District Judge